UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS LATIMER,<br><br>        Plaintiff,<br><br>    vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Stock Corporation; DOES 1-20, inclusive,<br><br>        Defendants. | CASE NO. 2:25-cv-09796-PA (PVCx)<br>[*Assigned for All Purposes to: Judge Percy Anderson*]<br><br>**ORDER RE STIPULATION OF THE PARTIES FOR DISMISSAL WITHOUT PREJUDICE**<br><br>TRIAL DATE:        10/06/2026 |

Pursuant to the Stipulation of Plaintiff Thomas Latimer and Defendant State Farm General Insurance Company, this action is dismissed without prejudice as to all claims, causes of action and parties, and each side is to bear their own costs, expenses and attorney fees. **IT IS SO ORDERED**

DATED:   April 30, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

MUSICK, PEELER
& GARRETT LLP

1

[PROPOSED] ORDER RE STIPULATION OF THE PARTIES FOR DISMISSAL WITHOUT PREJUDICE