JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

THOMAS LATIMER,

　　　　Plaintiff,

　　vs.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois Stock Corporation; DOES 1-20, inclusive,

　　　　Defendants.

CASE NO. 2:25-cv-09796-PA (PVCx)
[*Assigned for All Purposes to: Judge Percy Anderson*]

**ORDER RE STIPULATION OF THE PARTIES FOR DISMISSAL WITH PREJUDICE**

TRIAL DATE:　　　　10/06/2026

　　　　Pursuant to the Stipulation of Plaintiff Thomas Latimer and Defendant State Farm General Insurance Company, this action is dismissed with prejudice as to all claims, causes of action and parties, and each side is to bear their own costs, expenses and attorney fees.

　　　　**IT IS SO ORDERED**

DATED:　May 11, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

MUSICK, PEELER
& GARRETT LLP

5270891.1

1

[PROPOSED] ORDER RE STIPULATION OF THE PARTIES FOR DISMISSAL WITH PREJUDICE